UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND HAMILTON (#9000135020)

VERSUS

SID J. GAUTREAUX, III, ET AL.

CIVIL ACTION

NO. 16-117-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 6, 2016 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the court declines the exercise of supplemental jurisdiction over any potential state law claims, and this action is DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 26th day of October, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA